# THE STATE OF TEXAS
# MANDATE

FILED
NACOGDOCHES COUNTY
TEXAS
2015 APR 14 AM 11: 00

12th COURT OF APPEALS
TYLER, TEXAS
4/15/2015 3:51:48 PM
CATHY S. LUSK
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE 420TH DISTRICT COURT OF NACOGDOCHES COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 18th day of February, 2015, the cause upon appeal to revise or reverse your judgment between

**JAMES PATRICK CAPPS, Appellant**

**NO. 12-14-00339-CR; Trial Court No. F1421321**

By *per curiam* opinion.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN,** Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 7th day of April, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

April 7, 2015

Ms. Loretta Cammack
District Clerk
101 West Main Street
Room 120
Nacogdoches, TX 75961
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-14-00339-CR
Trial Court Case Number: F1421321

**Style:** James Patrick Capps
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

C Mr. Dean Watts (DELIVERED VIA E-MAIL)
C Ms. Nicole D. Lostracco (DELIVERED VIA E-MAIL)

:

Mandate executed on __15th__ day of __April_____, 2015.

Brief explanation of action taken: _Defendant recieved 1yr St. Jail_
_and 5yrs Shock Probation_ *Laura Phillips* District/County Clerk

**1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193**
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us